UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

---

IN RE:                                              Chapter 13

    NATHANIEL L. MULLENS JR.

    Debtor(s)                                 Case No. 25-10063

---

MOTION TO BORROW

NOW COMES the Debtor, Nathaniel Mullens, by and through the undersigned Counsel, and respectfully moves this Court for an order authorizing him to borrow $17,909.38 from Robert Gross, granting him a lien or mortgage in Debtor's residence. In support thereof, Debtor asserts as follows:

1. Debtor filed this case on April 15, 2025.
2. Prepetition, Debtor's residential real estate was statutorily foreclosed by the City of Augusta.
3. The City of Augusta has graciously offered to reconvey the real estate to Debtor so long as he pays all outstanding taxes, fees and costs by July 30, 2025.
4. That total balance is $17,909.38.
5. Debtor has found a lender willing to advance that amount in exchange for a lien or mortgage against the property.
6. The property is also encumbered by liens in favor of Maine Revenue Services, DHHS and Sarah McGrane, and Midland Credit Management. Debtor anticipates avoiding the latter judgment lien as impairing his homestead exemption.
7. The borrowing is essential to Debtor's reorganization as well as the preservation of the governmental liens.
8. Given Debtor's tenuous grasp on the real estate, the borrowing can be done without adversely impacting creditors or the estate. The bankruptcy estate interest is at best a right of redemption and encumbering the underlying property only serves to bring the asset back into the estate.

WHEREFORE, Debtor respectfully requests this Court grant his Motion to Borrow and encumber the real estate, together with such other and additional relief it deems just and necessary.

Dated: June 17, 2025                                       By: /s/ J. Scott Logan
                                                                         J. Scott Logan, Esq.
                                                                         Counsel for Debtors
                                                                         75 Pearl Street, Ste. 211
                                                                         Portland, Maine 04101

(207) 699-1314
scott@southernmainebankruptcy.com