# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE


IN RE:                                    )
                                          )
NATHANIEL L. MULLENS, JR, )          CHAPTER 13
                                          )     CASE NO.  25-10063
                                          )
                Debtor                    )
*******************************
NATHANIEL L. MULLENS JR,        )
                                          )
                Debtor/Movant             )
                                          )
vs.                                       )
                                          )
PAYPAL, INC, &                     )
AMANDA MULLENS BLACKSHEAR,)
                                          )
                Respondents               )

## <u>MOTION TO COMPEL TURNOVER AND REQUEST FOR SANCTIONS</u>

NOW COMES the Debtor, Nathaniel Mullens, by and through his counsel, and pursuant to Bankruptcy Rule 9014 and 11 U.S.C. Section 362, and moves this Court to enter an Order compelling Respondents to turnover the $1,798.00 legal retainer paid to Debtor's Counsel as property of the bankruptcy estate and to pay damages for their intentional violations of the automatic stay. In support thereof Debtor states as follows:

1. Prepetition, Debtor agreed to rent a room to his sister at approximately $900.00 per month.

2. Prepetition, on February 24, 2025, Debtor's sister, Amanda Mullens Blackshear, paid Debtor's retainer of $1,798.00 via Paypal, in exchange for two months rent.

3. Debtor's case was filed April 15, 2025.

4. After moving in on or about April 1, 2025, Amanda Mullens Blackshear resided with Debtor for two months and moved out at the beginning of June 2025.

5. On or about June 10, 2025, Amanda Mullens Blackshear filed a dispute with Paypal alleging her funds were taken by fraud because she "never received the item."

6. On or about June 21, 2025, Paypal contacted Counsel to request details about the transaction. Counsel explained, via email that the funds represented a retainer for a bankruptcy case. Within minutes, Paypal seized the funds on the basis that no "tracking number" was provided to prove "the item" was shipped to Amanda Mullens Blackshear.

7. Numerous efforts to explain the ramifications, over several hours, were met with a flat refusal to refer the matter to Paypal's legal department.

8. The retainer represented Debtor's earnings from rent, which are properly property of the Bankruptcy Estate.

9. Paypal and Amanda Mullens Blackshear acted together, without court approval, to exercise control over property of the Bankruptcy Estate.

10. Counsel has expended no less than 4 hours of time trying to undo a poor AI generated decision by Paypal to seize property of the bankruptcy estate because there was no tracking number showing an item was shipped.

11. Amanda Mullens Blackshear's intentional; and fraudulent misrepresentations as to the nature of the retainer and Paypal's remarkable failure to maintain practices and procedures designed to avoid violations of Title 11 warrant an award of actual costs, as well as appropriate sanctions.


WHEREFORE, Debtor respectfully requests that this Court enter an Order to Compel Respondents to return the retainer, and

FURTHER, grant Debtor his costs in bringing this Motion, appropriate sanctions to discourage future violations, and grant such other and additional relief as it deems just and necessary.

Dated: July 1, 2025                          By: /s/ J. Scott Logan
                                             J. Scott Logan, Esq.
                                             Counsel for Debtor
                                             75 Pearl Street, Ste. 211
                                             Portland, Maine 04101
                                             (207) 699-1314