UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

IN RE:                                               Chapter 13

    NATHANIEL L. MULLENS JR.

    Debtor(s)                              Case No. 25-10063

## SUPPLEMENT TO MOTION TO BORROW

NOW COMES the Debtor, Nathaniel Mullens, by and through the undersigned Counsel, and respectfully files the following supplement to his Motion to Borrow:

1. Debtor has worked to build his business to a point where he can afford his plan payments.

2. Debtor's Motion to borrow explained that he has found a lender to lend the property tax arrearage or reconveyance fee in exchange for a lien or mortgage. Debtor did not mention any *note*, the vehicle that would establish any installment payments. In fact, the borrowing will not result in any monthly payment obligation, but instead, a lien or mortgage against the property that would need to be paid at any subsequent sale. This could be called a "silent mortgage" or simply a "lien."

3. What Debtor proposes to encumber is the very slightest of property interests, an expired right of redemption. Such an encumbrance will not reduce the estate at all, but instead, fully bring in an asset with value above its encumbrance, that is currently attached to the Debtor and his estate by the slightest, fraying tendril.

WHEREFORE, Debtor respectfully requests this Court grant his Motion to Borrow and encumber the real estate, together with such other and additional relief it deems just and necessary.

Dated: July 15, 2025                                       By: /s/ J. Scott Logan
                                                                         J. Scott Logan, Esq.
                                                                         Counsel for Debtors
                                                                         75 Pearl Street, Ste. 211
                                                                         Portland, Maine 04101
                                                                         (207) 699-1314
                                                       scott@southernmainebankruptcy.com