UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

NATHANIEL L. MULLENS, JR.,

Debtor

Chapter 13
Case No. 25-10063

## ORDER GRANTING MOTION TO BORROW

The debtor filed a Motion to Borrow [Dkt. No. 20] on June 17, 2025. Later, the debtor filed a supplement to the motion. [Dkt. No. 35]. Following a hearing on July 17, 2025, for the reasons set forth on the record of that hearing, the Motion is hereby GRANTED on the terms contained herein. The debtor is authorized to borrow approximately $18,000 on the terms set forth in the motion and the supplement, as further supplemented by the debtor's counsel on the record during hearing.

Dated: July 18, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine